# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 1279

VERSUS

JORDY WILSON

**APRIL 8, 2026**

---

In Re:    Jordy Wilson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-01070.

---

BEFORE:    **THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **WRIT DENIED.**

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.